**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00415-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WENDEL R. WARDELL, JR.,

      Defendant.

---

### MINUTE ORDER[1]

---

      Plaintiff's **Motion for New Trial Based on Discovery Violations and Newly Discovered Evidence and Request for Evidentiary Hearing** [#799], filed December 1, 2006, is **STRICKEN**. Defendant is represented by counsel in this matter. **See Limited Entry of Appearance of Counsel for Defendant Wardell** [#792], filed October 3, 2006.[2] As defendant well knows, he may not file documents *pro se* when he is represented by counsel. **See** order [#548], filed March 8, 2005 ("When a defendant is represented by counsel, this court will not accept pro se filings by the defendant. Such a pro se filing is improper. **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), **reviewed on other grounds**, 125 S.Ct 1082 (2005). All pleadings and papers must be filed by counsel.").

      Dated: December 4, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] Contrary to counsel's attempt to limit the nature of his representation in this matter, there has been no showing that his client has consented after consultation to such an arrangement. **Johnson v. Board of County Com'rs for County of Fremont**, 85 F.3d 489, 493-94 (10th Cir.) (citing Colorado Rules of Professional Conduct, Rule 1.2(c)), **cert. denied**, 117 S.Ct. 611 (1996). Moreover, once counsel entered his appearance, he could not be removed absent a properly supported motion to withdraw. **See D.C.COLO.LCrR** 57.5D. Consequently, defendant's purported notification to this court of his intent to proceed *pro se* (**see Entry of Appearance – Pro Se** [#797], filed October 23, 2006) is nugatory.