IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 03-cr-00415-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WENDEL R. WARDELL, JR.,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the **Motion To Withdraw Limited Entry of Appearance of Counsel For Defendant Wardell And To Withdraw Motion To Return Documents** [#801] filed December 5, 2006. I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Withdraw Limited Entry of Appearance of Counsel For Defendant Wardell And To Withdraw Motion To Return Documents** [#801] filed December 5, 2006, **IS GRANTED**; and

2. That accordingly, the **Motion To Return Documents to the District Court And for Digitized Scanning of Same** [#794] filed October 10, 2006, **IS WITHDRAWN**.

Dated December 6, 2006, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**