**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00415-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WENDEL R. WARDELL, JR.,

    Defendant.

## MINUTE ORDER[1]

    Defendant's **Motion To Reconsider Minute Order Dated December 4, 2006** [#803], filed December 20, 2006, **IS DENIED**. Defendant does not establish 1) that there has been an intervening change in controlling law; 2) that there is new evidence relevant to the court's Minute Order [#800]; or 3) that reconsideration is necessary to correct clear error or to prevent manifest injustice. *See, e.g.*, **United States v. D'Armond**, 80 F.Supp.2d 1157, 1170 -1171 (D.Kan. 1999).

    Dated: January 2, 2007.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.