**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00415-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WENDEL R. WARDELL, JR.,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Combined Motion to Compel the Government to Provide a Copy of Its Response to Mr. Wardell's Motion for New Trial and Supplement to Motion for New Trial** [#819], filed July 27, 2007. The motion is **DENIED** for the reasons stated and authorities cited in the **Government's Response to Defendant Wardell's Combined Motion to Compel the Government to Provide a Copy of Its Response to Mr. Wardell's Motion for New Trial and Supplement to Motion for New Trial** [#820], filed July 30, 2007.

    Dated: July 31, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.