# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 03-cr-00415-REB-02

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  CARL WILLIAM PURSLEY, JR.,

     Defendant.

---

### ORDER RE: AFFIDAVIT OF WENDEL (ROBERT WARDELL, JR. IN SUPPORT OF MR. PURSLEY'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

---

**Blackburn, J.**

The matter before me is the **Affidavit of Wendel (Robert) Wardell, Jr. In Support of Mr. Pursley's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#851], filed by W. Robert Wardell, Jr., *see* [#851] at 13, under seal January 26, 2009. The filer has not complied with D.C.COLO.LCrR 47.1, which governs filing papers and documents under seal. Thus, the putative affidavit should be unsealed. Additionally, the putative affidavit may only be filed by defendant Pursley, because the affidavit purports to support his **Motion To Vacate, Set Aside, Or Correct Sentence Pursuant to 28 U.S.C. § 2255** [#831] filed August 5, 2008. Thus, the putative affidavit should be stricken.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Affidavit of Wendel (Robert) Wardell, Jr. In Support of Mr. Pursley's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C.**

**§ 2255** [#851], filed by W. Robert Wardell, Jr., under seal January 26, 2009, is

**UNSEALED**; and

2.  That the **Affidavit of Wendel (Robert) Wardell, Jr. In Support of Mr.**

**Pursley's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C.**

**§ 2255** [#851], filed by W. Robert Wardell, Jr., under seal January 26, 2009, is

**STRICKEN**.

Dated January 27, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge