IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 03-cr-00415-REB-01
(Civil Action No. 09-cv-02374-REB)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1.  WENDEL ROBERT WARDELL, JR.,

    Defendant.

## ORDER

After preliminary consideration of defendant's motion to vacate, set aside, or correct the sentence imposed by this Court, *see* [#911] filed October 5, 2009, it is now

ORDERED that on or before November 13, 2009, the United States Attorney for the District of Colorado shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: October 13, 2009.

BY THE COURT:

Robert E. Blackburn
United States District Judge