**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00415-REB-01
Civil Action No. 09-cv-02374-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WENDEL ROBERT WARDELL, JR.,

      Defendant.

## ORDER

**Blackburn, J.**

      Pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, is it now

      ORDERED that on or before December 16, 2009, defendant, Wendel Robert Wardell, Jr., may file a reply to the **United States' Answer to Defendant's Motion Under 28 U.S.C. § 2255** [#913], filed November 13, 2009.

      Dated November 16, 2009, at Denver, Colorado

      **BY THE COURT:**

Robert E. Blackbum
United States District Judge