Civil Action No. 09-cv-02374-REB
Criminal Action No. 03-cr-00415-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDEL R. WARDELL, JR.,

    Defendant/Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**Blackburn, Judge**

    Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the orders filed on March 5, 2010 and March 17, 2010. No final order has been entered in this action. Pursuant to 28 U.S.C. § 2253(c), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. §2255. The Court will not issue a certificate of appealability in this action because no final order has been entered. Accordingly, it is

    ORDERED that a certificate of appealability shall not be issued.

    DATED at Denver, Colorado, May 7, 2010.

                              BY THE COURT:

                              **s/ Robert E. Blackburn**

                              JUDGE, UNITED STATES DISTRICT
                              COURT FOR THE DISTRICT OF COLORADO