# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-02374-REB
Criminal Action No. 03-cr-00415-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDEL ROBERT WARDELL JR.,

    Defendant/Movant.

# ORDER TO CURE DEFICIENCY

**Blackburn, Judge**

Movant submitted a Notice of Appeal on May 3 ,2010. The court has determined that the document is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
   X  is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
   X  is not submitted
       is missing affidavit
       is missing required financial information
       is missing an original signature by the prisoner
       is not on proper form (must use the court's current form)
       other _____

Accordingly, it is

**ORDERED** that Movant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Movant files in response to this order must include the civil action number and criminal action number on this order.  It is

**FURTHER ORDERED** that the Clerk of the Court mail to Movant, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

**FURTHER ORDERED** that, if Movant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, May 7, 2010.

        BY THE COURT:

        **s/ Robert E. Blackburn**

        JUDGE, UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF COLORADO