**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00415-REB-01
Civil Action No. 09-cv-02374-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WENDEL ROBERT WARDELL, JR.,

    Defendant.

## MINUTE ORDER[1]

By **March 4, 2011**, the government shall file a response to the following motions:

1)     Defendant's **Motion To Produce** [#941] filed January 26, 2011; and

2)     Defendant's **Motion To Produce** [#943] filed January 26, 2011.

Dated:  February 7, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.